UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

Amanda Elliott

                Defendant.

**ORDER OF REFERRAL TO TAKE GUILTY PLEA**

14-CR-66S

    IT HEREBY IS ORDERED, the above referenced criminal case is hereby referred to United States Magistrate Judge Leslie G. Foschio with the consent of the defendant, to take defendant's plea of guilty, to conduct an allocution, pursuant to Rule 11 of the Federal Rules of Criminal Procedure, and to (A) determine if the plea of guilty is knowingly and voluntarily made and not coerced, and (B) recommend if the plea of guilty should be accepted, reporting to the undersigned as soon as is practicable.

SO ORDERED.

Dated: April 29, 2014
       Buffalo, New York

                                                WILLIAM M. SKRETNY
                                                United States Chief Judge

---

The undersigned, after the Defendant's consultation with counsel, hereby stipulates and agrees to the referral of the plea allocation proceeding to take place before a Magistrate Judge, and waives any right to hold such proceeding before a District Judge. Upon completion of the plea allocation proceeding, the Magistrate Judge shall issue a Report and Recommendation to the District Court.

    **STIPULATED AND AGREED,** by and between the undersigned, counsel for respective parties:

Dated: May 29, 2014
       Buffalo, New York

_____
Defendant

_____
Defendant Counsel

_____
Assistant U.S. Attorney

**Approved:** _____
United States Magistrate Judge