IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-                                                                  14-CR-066-S

AMANDA ELLIOTT,

        Defendant.

---

## INFORMATION
(Title 18, United States Code, Section 1711)

### COUNT 1

**The United States Attorney Charges That:**

Between in or about December, 2012, and on or about September 5, 2013, in the Western District of New York, the defendant, AMANDA ELLIOTT, being a United States Postal Service employee, intentionally converted to her own use funds and property of a value in excess of $1,000, that is, money having a value of $5,579.48, which came into her hands and under her control in the execution of her employment.

**All in violation of Title 18, United States Code, Section 1711.**

DATED:   Buffalo, New York, May 29, 2014.

                              WILLIAM J. HOCHUL, JR.
                              United States Attorney

BY:  _____
                              RUSSELL T. IPPOLITO, JR.
                              Assistant United States Attorney
                              United States Attorney's Office
                              Western District of New York
                              138 Delaware Avenue
                              Buffalo, New York 14202
                              (716) 843-5700, ext. 843
                              Russell.Ippolito@usdoj.gov

*FILED MAY 29 2014 — MICHAEL J. ROEMER, CLERK, U.S. DISTRICT COURT, WESTERN DISTRICT OF NY*