AO 455 (Rev. 01/09) Waiver of an Indictment

# United States District Court
## for the
## Western District of New York

| | |
|---|---|
| United States of America | ) |
| | ) |
| v. | ) Case No. 14-CR-066-S |
| | ) |
| AMANDA ELLIOTT | ) |
| Defendant | ) |

FILED MAY 29 2014
MICHAEL J. ROEMER, CLERK
WESTERN DISTRICT OF NY

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: May 29, 2014

_A Elliott_
Defendant's signature

_Kimberly Schechter_
Signature of defendant's attorney

KIMBERLY A. SCHECHTER, ESQ.
Printed name of defendant's attorney

_[signature]_
Judge's signature

LESLIE G. FOSCHIO, U.S. Magistrate Judge
Judge's printed name and title