IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                                  Plaintiff,                          1:14CR00066-001

    v.

AMANDA ELLIOTT,

                                  Defendant.
_____

## SATISFACTION OF MONETARY JUDGMENT

The above-named defendant has paid in full and/or satisfied the monetary imposition (special assessment, fine, and/or restitution), imposed against the defendant on September 4, 2014, and entered on September 10, 2014.

The Clerk of the United States District Court for the Western District of New York is hereby authorized and empowered to satisfy and cancel record of the above-referenced judgment.

DATED: Buffalo, New York, October 28, 2016.

                                              WILLIAM J. HOCHUL, JR.
                                              United States Attorney

                    BY:    s/KEVIN D. ROBINSON
                             Assistant United States Attorney
                             United States Attorney's Office
                             Western District of New York
                             138 Delaware Avenue
                             Buffalo, New York 14202
                             (716) 843-5700, ext. 15804
                             Kevin.D.Robinson@usdoj.gov